IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-141 |
| | § | |
| CHARLTON RAE PIPER | § | |

**O R D E R**

Defendant Piper filed an unopposed motion for continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | September 2, 2008 |
| Responses to be filed by: | September 15, 2008 |
| Pretrial conference is reset to**:** | **September 22, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 29, 2008, at 9:00 a.m.** |

SIGNED on May 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge